STATE of Missouri, Plaintiff/Respondent,

v.

Leon EDWARDS, Defendant/Appellant.

Leon EDWARDS, Movant/Appellant,

v.

STATE of Missouri, Respondent.

Nos. 60631, 61970.

Missouri Court of Appeals, Eastern District, Division Two.

April 27, 1993.

Emily N. Blood, St. Louis, for defendant, appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

Before CRANDALL, P.J., and PUDLOWSKI and GRIMM, JJ.

PER CURIAM.

Defendant was convicted of possession of a controlled substance, in violation of § 195.202, RSMo Cum.Supp.1992. In addition to his direct appeal, he also appeals the denial of his Rule 29.15 motion.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rule 30.25(b) and 84.16(b).